# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1483 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | Nos. 55 DB 2009 and 166 DB 2010 |
| | : | |
| JOHN P. HALFPENNY, | : | Attorney Registration No. 85041 |
| Respondent | : | (Montgomery County) |

## **O R D E R**

**PER CURIAM:**

AND NOW, this 10th day of December, 2014, there having been filed with this Court by John P. Halfpenny his verified Statement of Resignation dated November 2, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John P. Halfpenny is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to October 7, 2009; and he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.